# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

IN RE:  
KATHERINE ABRAHAMS

\* \* \* \*\*\*\*\*\*

MISC. NO. 26-MC-336

## RESOLUTION

WHEREAS, KATHERINE ABRAHAMS IS RETIRING AFTER MORE THAN TEN YEARS OF SERVICE TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND AND EIGHT YEARS WITH THE FOURTH CIRCUIT; AND

WHEREAS, KATHERINE ABRAHAMS HAS DEMONSTRATED HER COMMITMENT TO THE COURT AND STAFF THROUGH HER DEDICATION, KINDNESS, AND EXEMPLARY SERVICE;

NOW, THEREFORE, BE IT RESOLVED, THIS 3RD DAY OF JUNE 2026, BY THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THAT THIS COURT HEREBY EXPRESSES ITS GRATITUDE AND APPRECIATION TO KATHERINE ABRAHAMS FOR HER SERVICE TO THE UNITED STATES AND TO THIS COURT.

THE CLERK IS DIRECTED TO PREPARE THIS RESOLUTION FOR PRESENTATION TO KATHERINE ABRAHAMS AND TO FILE A CERTIFIED COPY AMONG THE RECORDS OF THIS COURT.



_____  
GEORGE L. RUSSELL III, CHIEF JUDGE